IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

MARIO M. HENRY,

                Plaintiff,

      v.

FAIR COLLECTIONS &
OUTSOURCING, INC.

                Defendant.

Civil No. 07-3717 (RBK)

## SCHEDULING ORDER

        This Matter having come before the Court as a result of a Request for Trial De Novo, filed on May 7, 2008, by counsel for plaintiff;

        **IT IS** this **9th** day of **May, 2008,** hereby **ORDERED:**

        1.   The Court will conduct a telephone status conference on **May 16, 2008 at 3:00 p.m.**  **Plaintiff's counsel shall initiate the telephone conference.**

        **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                        s/ Joel Schneider
                        JOEL SCHNEIDER
                        United States Magistrate Judge